## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALID ANDERSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-1471** |
| | : | |
| **C.O. JENKINS,** *et al.***,** | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 14th day of March, 2025, upon consideration of Defendant C.O. Jenkins and C.O. Calloway's Motion to Dismiss (ECF No. 26), and Plaintiff Khalid Anderson's Response thereto (ECF No. 30), it is **ORDERED** that:

1.      The Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2.      Defendants C.O. Jenkins and C.O. Calloway shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

**BY THE COURT:**

_____
**HON. MIA R. PEREZ**