**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KHALID ANDERSON,** *Plaintiff,* | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 24-1471** |
| | : | |
| **C.O. JENKINS,** ***et al.*****,** *Defendants.* | : | |

**ORDER**

**AND NOW**, this **20th** day of **October 2026**, upon consideration of the Motion for Summary Judgment (ECF 63) and Statement of Undisputed Material Facts (ECF 64) by Defendants C.O. Jenkins and C.O. Calloway and Plaintiff Khalid Anderson's Response (ECF 68) and Counter-Statement of Material Facts (ECF 69), it is **ORDERED** that Defendants' Motion is **GRANTED** and **JUDGMENT** is entered **IN FAVOR OF** Defendants C.O. Jenkins and C.O. Calloway and **AGAINST** Plaintiff Khalid Anderson.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

José R. Arteaga

Digitally signed by José R. Arteaga
Date: 2026.10.20 14:16:44 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*